IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

HAJJI YAMINI MCREYNOLDS,

    Plaintiff,

v.

WILLIAM M. GABLER, SR., et al.,

    Defendants.

ORDER

Case No. 24-cv-633-wmc

HAJJI YAMINI MCREYNOLDS,

    Plaintiff,

v.

MATTHEW ROKUS, et al.,

    Defendants.

ORDER

Case No. 24-cv-634-wmc

Plaintiff Hajji Yamini McReynolds, an inmate in the custody of the Eau Claire County Jail in Eau Claire, Wisconsin, has filed two proposed civil complaints. Plaintiff is an inmate and, therefore, subject to the 1996 Prisoner Litigation Reform Act. Plaintiff has requested leave to proceed without prepayment of the filing fee and has submitted a recent balance statement to support this request. This statement is insufficient to determine whether plaintiff qualifies for indigent status because plaintiff has not submitted a *certified* copy of plaintiff's inmate trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint.

For these cases to proceed, plaintiff must submit a certified trust fund account statement no later than October 1, 2024. If I find that plaintiff is indigent, I will calculate an initial partial payment of the $350 filing fee for each case that plaintiff must pay before the

1

court can screen the complaints on the merits under 28 U.S.C. § 1915(e)(2). Thereafter, plaintiff will be required to pay the balance of the filing fees in installments.

ORDER

IT IS ORDERED that plaintiff Hajji Yamini McReynolds may have until October 1, 2024 to submit a certified trust fund account statement for the period beginning approximately March 9, 2024 and ending approximately September 9, 2024. If plaintiff fails to respond to this order by October 1, 2024, I will assume that plaintiff wishes to withdraw these actions voluntarily. In that event, the cases will be dismissed without prejudice to plaintiff filing at a later date.

Entered this 9th day of September, 2024.

BY THE COURT:

/s/
ANDREW R. WISEMAN
United States Magistrate Judge